**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIETH DURAN ROMERO,<br><br>                              Petitioner,<br><br>    v.<br><br>DIRECTOR, OTAY MESA DETENTION CENTER; SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFOREMENT (ICE),<br><br>                              Respondents. | Case No.:  26cv2151 DMS BLM<br><br>**ORDER REQUIRING RESPONSE** |

On April 3, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **April 20, 2026**.  Petitioner shall file his reply on or before **April 23, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondenst **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve

the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

Furthermore, the Court appreciates the nature and urgency of every individual habeas petition, but asks the parties to refrain from filing additional documents after the requested briefing has been submitted unless there is a valid emergency, e.g., Petitioner is at risk of imminent removal from the country or some other emergency circumstance. The Court is dealing with unprecedented numbers of habeas petitions and will issue its decision as soon as possible.

**IT IS SO ORDERED**.

Dated:  April 13, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv2151 DMS BLM